IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE H. DAVILA MEDINA,<br><br>Plaintiff<br><br>        v.<br><br>ACCION SOCIAL DE PUERTO RICO, INC., et al.,<br><br>Defendants | CIVIL NO. 06-1674 (JP) |

**FINAL JUDGMENT**

The Court has before it Plaintiff's "Notice of Voluntary Dismissal" (**No. 11**). Defendants have consented to the conditions of Plaintiff's Notice. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** all claims under the Americans with Disabilities Act, and **DISMISSING WITHOUT PREJUDICE** all claims under Puerto Rico law.

This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of October, 2006.

                                            s/Jaime Pieras, Jr.
                                            JAIME PIERAS, JR.
                                U.S. SENIOR DISTRICT JUDGE